**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

LYUBOV YEFIMOVA,

                Plaintiff,

   v.                                          1:17-cv-699
                                                           (TJM/DJS)

DISTRICT COURT CLERK, JUDGE
MAE A. D'AGOSTINO, JUDGE THERESE
WILEY DANCKS, and SECURITY,

                Defendants.

---

**Thomas J. McAvoy, SR. U.S.D.J.**

### DECISION and ORDER

The Court referred this action alleging violations of Plaintiff's rights by various court officers, to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. The Report-Recommendation, dated July 31, 2017, recommends that the Court dismiss Plaintiff's Complaint for failure to state a claim and issue an order barring Plaintiff from filing any new cases without permission from the Chief Judge of this District.

Plaintiff did not file objections to the Report-Recommendation and the time for filing such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will adopt the Report-Recommendation.

1

Accordingly:

The Report-Recommendation, dkt. # 7, is hereby ADOPTED. Plaintiff's Complaint is hereby DISMISSED for failure to comply with Federal Rules of Civil Procedure 8 and 10, and for failure to state a claim upon which relief could be granted. As amendment would be futile, the dismissal is WITH PREJUDICE. It is also hereby ORDERED that Plaintiff is hereby PERMANENTLY ENJOINED from filing any other cases in this District without first obtaining leave from the Chief District Judge. The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED**


Dated: December 13, 2017


_____
Thomas J. McAvoy
Senior, U.S. District Judge